UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>National Gas Distributors, LLC,<br><br>Debtor | Case No. 06-00166-8-ATS<br>Chapter 11 |
| Richard M. Hutson, II, Trustee for National Gas Distributors, LLC, f/k/a Paul Lawing, Jr., LLC,<br><br>Plaintiff<br><br>v.<br><br>The Smithfield Packing Company, Incorporated, formerly known as Gwaltney of Smithfield, Ltd., successor in interest by merger to The Smithfield Packing Company, Incorporated,<br><br>Defendant. | AP No. 06-00267-8-ATS |
| **Nomination of Noncertified Mediator** ||

COME NOW the parties to this action, through counsel, and pursuant to Local Rule 9019-2(1)(b) and nominate Judge Frank J. Santoro, a United States Bankruptcy Judge for the Eastern District of Virginia as mediator. Judge Santoro has agreed to serve without compensation. Judge Santoro has not been certified as a mediator pursuant to the rules of the Supreme Court of North Carolina, but the parties believe him to be qualified to serve as a mediator based on his training and experience as bankruptcy practitioner, as a Standing Chapter 13 and Chapter 7 Trustee and as a Bankruptcy Judge.

Judge Santoro's contact information is:

Judge Frank J. Santoro
U.S. Bankruptcy Court
600 Granby Street, Room 400
Norfolk, VA 23510-1915
757-222-7500

This the 25th day of September 2009.

/s/ Vicki L. Parrott
Counsel for the Trustee

NORTHEN BLUE, L.L.P.
John A. Northen, NCSB#6789
jan@nbfirm.com
Vicki L. Parrott, NCSB#25762
vlp@nbfirm.com
PO Box 2208
1414 Raleigh Rd., Ste 435 (27517)
Chapel Hill, NC 27515-2208
Telephone: 919-968-4441
Telefax: 919-942-6603

CERTIFICATE OF SERVICE

       THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the foregoing electronically and/or by depositing the same, enclosed in a post paid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Marjorie K. Lynch and Jeffrey Cook
Office of Bankruptcy Administrator
434 Fayetteville St. Mall, Ste. 620
Raleigh, NC 27601

Thomas E. Cabaniss
Robert A. Cox, Jr.
McGuire Woods LLP
100 N. Tryon St., Ste 2900
Charlotte, NC 28202

Judge Frank J. Santoro
U.S. Bankruptcy Court
600 Granby Street, Room 400
Norfolk, VA 23510-1915

       This the 25th day of September 2009.

                                                  /s/ Vicki L. Parrott